**Cassius Usunobun EKAHTOR, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 04–60272.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 4, 2004.

Imran B. Mirza, Quan, Burdette & Perez, Houston, TX, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Ernesto Horacio Molina, Jr., U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

We conclude that the BIA's interpretation of 8 C.F.R. § 1245(a) is reasonable and thus worthy of deference. *See Hamdan v. INS*, 98 F.3d 183, 185 (5th Cir. 1996). We therefore deny review of the BIA's order of removal.

Review is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.